# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES GINYARD, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-25-144-R |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety. For the reasons stated therein, this action is DISMISSED without prejudice.

**IT IS SO ORDERED** this 17th day of April, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE